# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.        7:26-CR-26-M-BM |
| | ) | |
| | ) | |
| RICHARD DAVID WARREN | ) | |
| *Defendant* | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, NC | Courtroom No.: | 6th Floor |
|---|---|---|---|
| | | Date and Time: | 5/13/2026 at 9:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        7 May, 2026

_____
Judge's signature

James E Gates, United States Magistrate Judge
_____
*Printed name and title*