UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-00026-M-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD DAVID WARREN | UNOPPOSED MOTION TO EXTEND PRE-TRIAL MOTIONS DEADLINE AND TO CONTINUE ARRAIGNMENT |

The Defendant, Richard David Warren, by and through counsel, hereby moves the Court to extend the deadline to file pre-trial motions for sixty (60) days, to October 9, 2026. Mr. Warren additionally requests that the arraignment be continued until the November 2026, term of court. In support of this motion, Mr. Warren states the following:

1. On April 21, 2029, Mr. Warren was charged in a five-count Indictment with Threatening to murder a federal official or his family (Counts 1-2 and 4) and Mailing threatening communication to a federal official (Count 3 and 5). DE 1.
2. On May 8, 2026, the Court appointed the Office of the Federal Public Defender to represent Mr. Warren. DE 12.
3. Defense counsel filed his Notice of Appearance on May 11, 2026. DE 13.
4. Mr. Warren was released on conditions of release on May 13, 2026. DE 18.
5. On June 10, 2026, the Court granted a motion to extend the pretrial motions deadline to August 10, 2026, and to continue the arraignment until the September 1, 2026, term of court.
6. Undersigned counsel respectfully requests for an extension to the pretrial motions deadline and to continue the arraignment to allow additional time to obtain additional

discovery and to consult with an expert in the case.

7. Undersigned counsel respectfully requests that the pre-trial motions deadline be extended sixty (60) days through and including October 9, 2026, and that the arraignment be continued to the November 2026, term.

8. The undersigned discussed this matter with Assistant United States Attorney Lori Warlick and there is no objection to the request.

9. This motion is made in good faith and not for purposes of delay. Neither the government nor the Defendant would be prejudiced by the request sought herein.

10. The ends of justice served by this motion outweigh the interests of the public and Mr. Warren in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the Defendant respectfully requests that the deadline for filing pre-trial motions be extended for sixty (60) days to October 9, 2026, and that the arraignment in this matter be continued to the November 2026, term of court.

Respectfully submitted this 10th day of August, 2026.

G. ALAN DUBOIS
Federal Public Defender

*<u>/s/ David W. Venable</u>*
DAVID W. VENABLE
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
E-mail: David_Venable@fd.org
N.C. State Bar No. 23307
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LORI WARLICK
United States Attorney's Office - EDNC
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on August 10, 2026, using the CM/ECF system which will send notification of such filing to the above.

This the 10th day of August, 2026.

*/s/ David W. Venable*
DAVID W. VENABLE
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
E-mail: David_Venable@fd.org
N.C. State Bar No. 23307
LR 57.1 Counsel Appointed