UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-0006-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD DAVID WARREN | ORDER |

This matter is before the Court on the Defendant's Unopposed Motion to Extend the Pretrial Motions Deadline and to Continue the Arraignment and Trial for an additional sixty (60) days. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is GRANTED.

The Defendant shall be allowed through and including ______________________, 2026, to file pretrial motions.

Responses to motions shall be due 14 days after the service of such motions.

The arraignment in this matter is continued to the ______________________, 2026, term.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the extension of the pretrial motions and continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED.

This ____ day of August, 2026.

__________________________
RICHARD E. MYERS II
Chief United States District Judge